# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF HAWAII

U.S.A. vs. Minh-hung Nguyen　　　　　　　　　　　　　　　　CR 17-00582JMS-WRP-04
a.k.a. "Bobby Nguyen"

### Petition for Action on Conditions of Pretrial Release

COMES NOW Diane Arima-Linscott, U.S. Pretrial Services Officer, presenting an official report upon the conduct of defendant MINH-HUNG NGUYEN a.k.a. "Bobby Nguyen", who was placed under pretrial release supervision by the Honorable Richard L. Puglisi sitting in the Court at Honolulu, Hawaii.  The defendant has been under pretrial services supervision since October 16, 2017.  The current conditions of pretrial release are as follows:

REFER TO PRETRIAL SERVICES REPORT(S)

Respectfully presenting petition for action of Court and for cause as follows:

> Pursuant to 18 U.S.C. § 3154(5), the defendant may pose a danger to another person and/or the community.

PRAYING THAT THE COURT WILL ORDER a Summons be issued and the defendant be brought forth for a Bail Review Hearing.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 31st day of July, 2020 and ordered filed and made a part of the records in the above case. | Executed on: July 31, 2020 |



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

Diane Arima-Linscott
U.S. Pretrial Services Officer

Place: Honolulu, Hawaii