MIYOSHI & HIRONAKA, LLLC
Attorneys at Law

RANDALL K. HIRONAKA     7444
201 Merchant Street, Suite 2240
Honolulu, Hawai'i  96813
Telephone No.   (808) 888-2595
Facsimile No.    (808) 599-1645
Electronic mail:  randy@808-law.com

Attorney for Defendant
MINH-HUNG NGUYEN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CR. No. 17-00582-JMS |
| | ) |
| vs. | ) DEFENDANT MINH-HUNG |
| | ) NGUYEN's JOINDER IN |
| MINH-HUNG NGUYEN (4), | ) DEFENDANT DEREK HAHN's |
| *aka Bobby Nguyen*, | ) MOTION FOR RELEASE PENDING |
| | ) APPEAL DISPOSITION [ECF No. |
| Defendant. | ) 1094] and CERTIFICATE OF |
| | ) SERVICE |
| | ) |
| | ) |
| | ) |

DEFENDANT MINH-HUNG NGUYEN's JOINDER IN
DEFENDANT DEREK HAHN's MOTION FOR RELEASE
<u>PENDING APPEAL DISPOSITION [ECF No. 1094]</u>

Defendant Minh-Hung "Bobby" Nguyen, by and through counsel, Randall K. Hironaka, hereby joins in Defendant Derek Hahn's Motion for Release Pending Appeal Disposition [ECF No. 1094]. Mr. Nguyen's request is for release pending the disposition of his appeal.

DATED: Honolulu, Hawai'i, May 19, 2021.

Respectfully submitted,

MIYOSHI & HIRONAKA, LLLC
Attorneys at Law


By: */s/ Randall K. Hironaka*
    RANDALL K. HIRONAKA

Attorney for Defendant
MINH-HUNG NGUYEN